170 So. 915

### Sam BOWLING v. STATE.
#### 8 Div. 411.

Court of Appeals of Alabama.
Oct. 27, 1936.

BRICKEN, Presiding Judge.
Affirmed.

170 So. 915

### Sam BOWLING v. STATE.
#### 8 Div. 412.

Court of Appeals of Alabama.
Oct. 27, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 916

### Charlie BRADFORD v. STATE.
#### 5 Div. 998.

Court of Appeals of Alabama.
Nov. 27, 1936.

SAMFORD, Judge.
Appeal dismissed.

170 So. 915

### Charlie BRADFORD v. STATE.
#### 5 Div. 3.

Court of Appeals of Alabama.
Nov. 24, 1936.

RICE, Judge.
Appeal dismissed.

164 So. 914

### Dell BRASWELL v. STATE.
#### 4 Div. 231.

Court of Appeals of Alabama.
Nov. 26, 1935.

RICE, Judge.
Affirmed.

167 So. 917

### Odie BRAZELTON v. CITY OF HUNTSVILLE.
#### 8 Div. 234.

Court of Appeals of Alabama.
March 10, 1936.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 918

### Odie BRAZELTON v. CITY OF HUNTSVILLE.
#### 8 Div. 235.

Court of Appeals of Alabama.
March 3, 1936.

SAMFORD, Judge.
Affirmed.

173 So. 917

### Carl BRIDGES v. STATE.
#### 8 Div. 373.

Court of Appeals of Alabama.
Feb. 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.